NOVEMBER 13, 1990

No. 89–1784. INSURANCE COMPANY OF THE STATE OF PENN-SYLVANIA ET AL. *v.* BEN COOPER, INC. C. A. 2d Cir. [Certio-rari granted, 497 U. S. 1023.] The United States, whose motion to intervene filed in this Court on September 28, 1990, was granted, has raised a question concerning the Court of Appeals' jurisdiction over this case and hence a question about our own ju-risdiction. Motion of United States to Intervene and Brief for United States 9–17. Because the Court of Appeals should ad-dress the jurisdictional issue in the first instance, we vacate the judgment of the Court of Appeals and remand the case for consid-eration of the jurisdictional issue raised by the United States.

No. 89–1951. DELTA TRAFFIC SERVICE, INC., ET AL. *v.* APPCO PAPER & PLASTICS CORP. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Maislin Industries, U. S., Inc.* v. *Primary Steel, Inc.,* 497 U. S. 116 (1990).

No. 90–5659. REEVES *v.* NEBRASKA. Sup. Ct. Neb. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for fur-ther consideration in light of *Clemons* v. *Mississippi,* 494 U. S. 738 (1990).